SIMON HEYMAN, APPELLANT, v. CHARLES STOPPER, RESPONDENT.

Submitted March 23, 1914—Decided May 8, 1914.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 128.

For the appellant, *Jacob L. Newman.*

For the respondent, *Hugo Woerner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Voorhees in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, JJ.  10.

*For reversal*—None.